76 WEST END CORPORATION, Respondent, *v.* EDITH DOYLE, Appellant, Impleaded with Another.

(Submitted March 2, 1936; decided March 10, 1936.)

*Solomon Traub* for motion.

*Oscar S. Mann* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.